**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Goldman & Rosen, Ltd.,** | ) | **JUDGE DAN A. POLSTER** |
| **Plaintiff(s),** | ) | |
| | ) | **CASE No. 5:10-CV-1894** |
| vs. | ) | |
| **OneBeacon Insurance Company,** | ) | |
| **Defendant(s)** | ) | |

**REPORT OF PARTIES' PLANNING MEETING**
**UNDER FED.R.CIV.P. 26(f) AND LR 16.3(b)(3)**

1. Pursuant to Fed.R.Civ.P. 26(f) and LR 16.3(b)(3), a meeting was held on <u>November 5, 2010</u>, and was attended by:

<u>Keven Drummond Eiber</u>, Counsel for plaintiff(s) <u>Goldman & Rosen, Ltd.</u>

<u>John Travis</u>, Counsel for defendants(s) <u>OneBeacon Insurance Co.</u>

_____, Counsel for defendant(s) _____

_____, Counsel for defendant(s) _____

2. The parties:

___ have not been required to make initial disclosures.

<u>X</u> have exchanged the pre-discovery disclosures required by Fed.R.Civ.P. 26(a)(1)

_____ Expedited   \_\_\_\_X\_\_\_\_ Standard   _____ Complex

_____ Administrative   _____ Mass Tort

      3.      This case for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

_____ Early Neutral Evaluation   \_\_\_X\_\_\_ Mediation   \_\_\_\_\_ Arbitration

_____ Summary Judgment Trial   _____ Summary Bench Trial

_____ Case not suitable for ADR

      4.      The parties _____ do \_\_\_X\_\_\_\_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

      5.      The parties agree that this case \_\_\_\_\_ does \_\_X\_\_\_ does not involve electronic discovery.

      6.      Recommend Discovery Plan **(Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules)**:

      (a)      Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: <u>Liability and damages.</u>

      (b)      Describe anticipated e-discovery issues (i.e, what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.): <u>The parties do not anticipate e-discovery issues. E-discovery likely is limited to the production of e-mail communications.</u>

      (c)      Describe handling of expert discovery (i.e, timetable for disclosure of names and exchange of reports, depositions): <u>The parties do not anticipate the use of experts at this time.</u>

      (d)    Discovery Deadlines:

           (i)    Liability:    May 27, 2011

           (ii)    Damages:    May 27, 2011

7.    Recommended dispositive motion date:    June 17, 2011

8.    Recommended cut-off for amending the pleadings and or adding additional parties:    December 1, 2010

9.    Recommended date for status hearing and/or final pretrial settlement conference:    May 31, 2010

10.    Other matters for the attention of the Court: The parties are submitting a joint proposed protective order using the Court's form and request that it be entered.

Attorney for Plaintiffs:    /s/ Keven Drummond Eiber
Keven Drummond Eiber (0043746)
Brouse McDowell, L.P.A.
600 Superior Ave., East, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
keiber@brouse.com

Jeffrey T. Heintz (0018233)
Brouse McDowell, L.P.A.
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
jheintz@brouse.com

Attorney for Defendants:    /s/ John D. Travis
John D. Travis (0011247)
Gallagher Sharp
Sixth Floor, Bulkley Bldg.
1501 Euclid Avenue

Cleveland, Ohio 44115  
Telephone:     (216) 552-1590  
Facsimile:     (216) 241-1608  
jtravis@gallaghershart.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Report of the Parties' Plannign Meeting was filed electronically this 15th day of November, 2010.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Keven Drummond Eiber  
Keven Drummond Eiber (0043746)

4